**REXAM INDUSTRIES CORPORATION, Plaintiff–Appellant,**

v.

**AVERY DENNISON CORPORATION, Defendant–Appellee.**

No. 01–1247.

United States Court of Appeals, Federal Circuit.

May 4, 2001.

ON MOTION

*ORDER*

Rexam Industries Corporation moves to voluntarily dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.